UNITED STATES DISTRICFT COURT
DISTRICT OF MASSACHUSETTS

DUANE S. TRUEHART,

    Plaintiff

Vs.   CASE NO. 04-12235-RCL

SPRINGFIELD TERMINAL
RAILWAY COMPANY, etal

    Defendants

### STIPULATION

The Plaintiff, Duane S. Truehart, and the Defendants, Springfield Terminal Railway Company and Boston & Maine Corporation, by and through their attorneys, hereby stipulate that Plaintiff's Boiler Inspection Act claim is dismissed and further stipulate that Plaintiff's Federal Safety Appliance Act claim is dismissed. It is stipulated that Plaintiff's FELA action under 45 U.S.C. Section 51 will remain pending on the Court's active docket.

Dated: November 29, 2004

HANNON & JOYCE

By:_____
THOMAS J. JOYCE, III, ESQ.
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
Attorney for Plaintiff

O'BRIEN & VON ROSENVINGE

By:_____
JOHN J. O'BRIEN, JR., ESQ.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Attorney for Defendants

MICHAEL J. McDEVITT, ESQUIRE
88 Black Falcon Avenue   Suite 345
Boston, MA 02210
Local Counsel for Plaintiff

*Filed stamp: IN CLERKS OFFICE, 2005 FEB -8 P 12: 53, U.S. DISTRICT COURT, DISTRICT OF MASS*