

# HANNON & JOYCE
## LAW OFFICES

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460  —  (888) 222-FELA (US)  —  (215) 446-4479 (FAX)

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054
(856) 914-0220
(856) 914-0429 (FAX)

THOMAS J. JOYCE, III, PARTNER
tjoyceiii@hannonandjoyce.com

April 12, 2005

Hon. Reginald C. Lindsay
USDC, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re: Duane S. Truhart v. Springfield Terminal Railway Company and
> Boston and Maine Corporation
> Civil Action No. 04-12235 RCL

Dear Judge Lindsay:

We are co-counsel in the above-referenced matter. This letter is to advise Your Honor that local counsel, Michael McDevitt, Esq., of Lawson & Weitzen, LLP, will be appearing for Plaintiff at the initial conference on April 13, 2005. I have made arrangements to be available by telephone.

Respectfully submitted,

THOMAS J. JOYCE, III

TJJ:tp
Cc: Michael McDevitt (via facsimile)