IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUANE S. TRUEHART,
*Plaintiff,*

v.

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,
Defendants

Civil Action No. 04-12235 RCL

### RULE 16(O)(3) CERTIFICATION

This is to certify that the Plaintiff, Joseph Crawford, and his counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Joseph Crawford and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA 19106-3413
Telephone: 1-888-222-3352
Facsimile: (617) (215) 446-4479

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esq.
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Telephone (617) 439-4990
Facsimile (617) 439-3987

PLAINTIFF

*[signature]*

DUANE S. TRUEHART

Dated: 4/12/05