UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUANE S. TRUEHART,
*Plaintiff,*

v.

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,
*Defendants.*

Civil Action No. 04-12235 RCL

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Plaintiff, Duane S. Truehart, hereby moves that Thomas J. Joyce III, Esquire, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Federal Employers Liabilities Act.

Dated: 4/12/05

Respectfully submitted,
DUANE S. TRUEHART
Plaintiff
By his Attorney,

_____
Michael J. McDevitt
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987