UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUANE S. TRUEHART,
*Plaintiff,*

v.

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,
Defendants

Civil Action No. 04-12235 RCL

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of Pennsylvania and State of New Jersey, the bar of the federal district court for the Eastern District of Pennsylvania, Western District of Pennsylvania and District of New Jersey, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(3)      For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

Thomas J. Joyce, III, Esq.
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA 19106-3413
Telephone: 1-888-222-3352
Facsimile: (215) 446-4479

Local Associate Counsel
Michael J. McDevitt, (BBO No. 564720)
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

---

ORDER:     This motion is hereby _____

_____
United States District Judge

Date: _____